

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00056-CV

**EX PARTE N.A.**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000306
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: March 24, 2021

MOTION GRANTED; REVERSED AND RENDERED

On February 17, 2021, appellant, the Texas Department of Public Safety ("the Department"), filed a notice of restricted appeal challenging an order of expunction signed on September 1, 2020. On March 8, 2021, appellant and appellee, N.A., filed a joint motion asking us to reverse the order of expunction and to render judgment in favor of the Department. *See* TEX. R. APP. P. 42.1(a)(2)(A) (permitting appellate court to dispose of an appeal by rendering judgment effectuating the parties' agreement). After consideration, we grant this relief and, consistent with the parties' request, reverse the trial court's order of expunction and render judgment in favor of the Department. *See id.* In accordance with the parties' agreement, we assess all costs of this appeal against appellee, N.A. *See id.* R. 42.1(d).

PER CURIAM